# EXHIBIT 3

# (12) United States Design Patent
## Kaposi et al.

(10) Patent No.: **US D438,433 S**
(45) Date of Patent: ⁑⁑ **Mar. 6, 2001**

(54) **FOOD GRATER**

(75) Inventors: **Sascha Kaposi; Lance L. Hood**, both of Seattle, WA (US); **Betty Baugh**, San Francisco, CA (US)

(73) Assignee: **Progressive International Corporation**, Kent, WA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/121,028**

(22) Filed: **Mar. 30, 2000**

### Related U.S. Application Data

(62) Division of application No. 09/054,851, filed on Apr. 3, 1998.

(51) **LOC (7) Cl.** .......................................................... **07-04**
(52) **U.S. Cl.** .......................................................... **D7/678**
(58) **Field of Search** ............................... D7/678; 241/95, 241/168, 273.1–273.4, 274, 101.01

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D. 227,534 | * | 7/1973 | Hutzler .................................. D7/678 |
| D. 259,759 | * | 7/1981 | Williams ............................... D7/678 |
| D. 337,491 | * | 7/1993 | So ......................................... D7/678 |
| 2,482,180 | * | 9/1949 | Heard ................................ 241/101.01 |

* cited by examiner

Primary Examiner—Terry A. Wallace
(74) Attorney, Agent, or Firm—John R. Benefiel

(57) **CLAIM**

The ornamental design for a food grater, as shown and described.

### DESCRIPTION

FIG. 1 is a perspective view of a food grater according to the present invention.

FIG. 2 is an angled elevational view of a food grater shown in FIG. 1.

FIG. 3 is an elevational view of a first of three sides of the food grater shown in FIGS. 1 and 2.

FIG. 4 is an elevational view of a second of the three sides of the good grater shown in FIGS. 1–3.

FIG. 5 is an elevational view of a third of three sides of the food grater shown in FIGS. 1–4.

FIG. 6 is a bottom view of the food grater shown in FIGS. 1–4; and,

FIG. 7 is a top view of the food grater shown in FIGS. 1–5.

The invention is a food grater as shown with exemplary grater protrusion-hole shapes and patterns shown in broken lines for illustrative purposes only and forming no part of the claimed design.

**1 Claim, 2 Drawing Sheets**





Figure 1

Figure 2

Figure 3



**Figure 4**



**Figure 5**



**Figure 6**



**Figure 7**